```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2798
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR No. S 07-404 EJG
                                 )
12            Plaintiff,         )
                                 )
13       v.                      )
                                 )   STIPULATION AND ORDER
14                               )
    BRANDON PINEDA,              )
15                               )
              Defendant.         )
16  _____)
17
18       IT IS HEREBY stipulated between the United States of America
19  through its undersigned counsel, Carolyn K. Delaney, Assistant
20  United States Attorney, together with the defendant and his
21  counsel, Dan Koukol, that the status conference currently
22  scheduled for Friday, September 28, 2007, be vacated and a new
23  status conference be scheduled on Friday, October 12, 2007.
24       It is further stipulated and agreed between the parties that
25  the time under the Speedy Trial Act should be excluded from
26  today's date to October 12, 2007, under Local Code T4, Title 18,
27  United States Code, Section 3161 (h)(8)(B)(iv), to give the
28
                                    1
```

1 defendant time to review the discovery and to adequately prepare;
2 the parties are attempting to determine the defendant's criminal
3 history category and need additional time.

4
5 Dated: September 27, 2007                 Respectfully submitted,

6                                            McGREGOR W. SCOTT
                                             U.S. Attorney

7                                            /s/ Carolyn K. Delaney

8                                            CAROLYN K. DELANEY
                                             Assistant U.S. Attorney
9

10 Dated: September 27, 2007                 /s/ Dan Koukol

11                                           DAN KOUKOL
                                             Attorney for BRANDON PINEDA
12

13
14                                **ORDER**

15 **IT IS HEREBY ORDERED:**    That the status conference set for
16 September 28, 2007 is VACATED, and a new status conference date
17 of October 12, 2007 is scheduled. It is further ORDERED that the
18 time under the Speedy Trial Act between today's date and October
19 12, 2007, is excluded under Local Code T4, Title 18, United
20 States Code, Section 3161 (h)(8)(B)(iv), to give the defendant
21 time to adequately prepare and in the interests of justice.

22
23 Dated: September 27, 2007     /s/ Edward J. Garcia
                                 Honorable Edward J. Garcia
24                               Senior Judge
                                 United States District Court
25
26
27
28

2