DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**BRANDON PINEDA**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-0404-EJG |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: February 15, 2008<br>TIME: 10:00 AM |
| BRANDON PINEDA, | JUDGE: Hon. Edward Garcia |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Carolyn Delaney, Assistant U.S. Attorney, and defendant Brandon Pineda, by and through his attorney, Dan Koukol, that the status conference of January 11, 2008 be vacated and that a status conference be set for February 15, 2008 at 10:00 AM.

//

//

//

//

//

//

//

-1-

This continuance is being requested because the parties need additional time to discuss the case and negotiate a plea agreement. The parties request that the speedy trial time is excluded from the date of this order through the date of the status conference set for February 15, 2008 at 10:00 AM pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: (DATE())            Respectfully submitted,


/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Brandon Pineda


DATED: (DATE())            Respectfully submitted,


/s/ DAN KOUKOL FOR
_____
Carolyn Delaney
Assistant U.S. Attorney

**IT IS SO ORDERED**

DATED:   January 9, 2008


/s/ Edward J. Garcia
Edward Garcia
UNITED STATES DISTRICT JUDGE

-2-