DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**BRANDON PINEDA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-0404-EJG |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: March 28, 2008<br>TIME: 10:00 AM |
| BRANDON PINEDA, | JUDGE: Hon. Edward Garcia |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Carolyn Delaney, Assistant U.S. Attorney, and defendant Brandon Pineda, by and through his attorney, Dan Koukol, that the status conference of February 15, 2008 be vacated and that a status conference be set for March 28, 2008 at 10:00 AM.

This continuance is being requested because the parties need additional time to discuss the case with the government and negotiate plea agreements. Counsel must review discovery material and discuss this material with his client.

The parties request that the speedy trial time is excluded from the date of this order through the date of the status conference set for March 28, 2008 at 10:00 AM pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

-1-

DATED: February 12, 2008     Respectfully submitted,


/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Brandon Pineda


DATED: February 12, 2008     Respectfully submitted,


/s/ DAN KOUKOL FOR
_____
Carolyn Delaney
Assistant U.S. Attorney

**IT IS SO ORDERED**

DATED: February 13, 2008


<u>/s/ Edward J. Garcia</u>
Edward J. Garcia
UNITED STATES DISTRICT JUDGE

-2-