DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**BRANDON PINEDA**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-0404-EJG |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: March 28, 2008<br>TIME: 10:00 AM |
| BRANDON PINEDA, | JUDGE: Hon. Edward Garcia |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Carolyn Delaney, Assistant U.S. Attorney, and defendant Brandon Pineda, by and through his attorney, Dan Koukol, that the status conference of March 28, 2008 be vacated and that a status conference be set for May 2, 2008 at 10:00 AM.

This continuance is being requested because the parties need additional time to discuss the case with the government and negotiate plea agreements.

//

//

//

//

-1-

1    The parties request that the speedy trial time is excluded from the date of this order

2  through the date of the status conference set for May 2, 2008 at 10:00 AM pursuant to 18 U.S.C.

3  § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

4

5  DATED: MARCH 25, 2008                 Respectfully submitted,

6
                                        /s/ DAN KOUKOL
7                                       _____

8                                       DAN KOUKOL
                                        Attorney for defendant Brandon Pineda
9

10 DATED: MARCH 25, 2008                 Respectfully submitted,

11
                                        /s/ DAN KOUKOL FOR
12                                      _____

13                                      Carolyn Delaney
                                        Assistant U.S. Attorney
14

15 **IT IS SO ORDERED**

16 DATED:   March 25, 2008

17

18                       /s/ Edward J. Garcia
                         Edward Garcia
19                       UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28                                      -2-