UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA | CR. NO. 2:07-0404 WBS |
| Plaintiff, | ORDER |
| v. | |
| BRANDON PINEDA, | |
| Defendant. | |

----oo0oo----

On April 26, 2017, defendant Brandon Pineda filed a motion for early termination of supervised release (Docket No. 28.) The United States shall file a response to defendant's motion no later than May 24, 2017. Petitioner may then file a reply no later than June 21, 2017. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

1

Dated: April 27, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE