UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA

        Plaintiff,

    v.

BRANDON PINEDA,

        Defendant.

CR. NO. 2:07-0404 WBS

ORDER

----oo0oo----

       Defendant's motion for Early Termination of Supervised Release (Docket No. 28) is hereby GRANTED.  The Probation Officer shall prepare the necessary document to effectuate this Order and present it to the court for signature.

Dated:  July 31, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28