**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **Docket No.: 0972 2:07CR00404-001** |
| **Brandon Jose Pineda** ) | |
| ) | |
| ) | |

On July 11, 2008, the above-named was sentenced to Supervised Release for a period of 60 months. Supervision commenced on September 13, 2013.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervisee be discharged from supervision as granted by Your Honor on July 31, 2017.

Respectfully submitted,

George A. Vidales
Supervising United States Probation Officer

Dated:   August 1, 2017
         Sacramento, California
         GAV/sg

                  /s/ Garey R. White for
**REVIEWED BY:**   **Jack C. Roberson**
                  **Deputy Chief United States Probation Officer**

1

**Re:  Brandon Jose Pineda**
      **Docket No:  0972 2:07CR00404-001**
      **Report and Order Terminating Supervised Release**
      **Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Brandon Jose Pineda be discharged from Supervised Release, and that the proceedings in the case be terminated as granted by Your Honor on July 31, 2017.

Dated:  August 2, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:    AUSA  - Andrew R. Neilson
       FLU Unit – United States Attorney's Office
       Fiscal Clerk - Clerk's Office
       Supervisee - Brandon Jose Pineda